■ In the Matter of MARTIN B. SCHAFFER, Respondent, v HERBERT B. EVANS, as Chief Administrator of the Unified Court System of the State of New York, et al., Appellants. — Motion for clarification granted, without costs. Decision dated June 28, 1984 [102 AD2d 997] amended by amending the last sentence of the decision and the decretal paragraph as follows:

"The proceeding is, therefore, moot, and we accordingly reverse the judgment and dismiss the petition solely upon that ground (see *Matter of Hearst Corp. v Clyne,* 50 NY2d 707; *Matter of Adirondack League Club v Board of Black Riv. Regulating Dist.,* 301 NY 219).

"Judgment reversed, on the law, without costs, and petition dismissed as moot."

Order entered July 6, 1984 amended by deleting the ordering paragraph and inserting the following: "ORDERED, that the judgment be reversed, on the law, without costs, and petition dismissed as moot." Kane, J. P., Casey, Weiss, Mikoll and Levine, JJ., concur.